SPONGE RUBBER PRODUCTS COMPANY, Respondent, v. PUROFIED DOWN PRODUCTS CORPORATION, Appellant.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

MARY COSGROVE, as Administratrix of the Estate of JAMES COSGROVE, Deceased, Respondent, v. CITY ICE AND FUEL COMPANY, INC., Defendant and Third-Party Plaintiff-Respondent. GUNITE CONSTRUCTION CORPORATION, Third-Party Defendant-Appellant.—

No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Accounting of RANSOM ENGLISH, as Committee of the Estate of BENNIE ENGLISH, an Incompetent, Respondent. CARL R. GRAY, JR., as Administrator of Veterans' Affairs, Appellant; HARRY SAMMET, Special Guardian, Respondent.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Probate of the Will of HERMAN L. BITTERMAN, Deceased. JACOB L. BITTERMAN et al., Appellants; ROBERT GARLOCK et al., Respondents.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

WILLIAM SZEKELY, Respondent, v. CINOPERA, INC., Appellant.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

CHARLES W. YOUNG, Appellant, v. RUTH M. YOUNG, Respondent.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of 11 WEST 42ND STREET, INC., Appellant. ELZEE REALTY CORP., Respondent.—